1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone:  (559) 497-4000

5

6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,     )   Case Nos.
                                 )
12            Plaintiff,         )   5:11-mj-00006 JLT
          v.                     )   5:11-sw-00003 JLT
13                               )
   **Diocelina Bustos ABARCA,**      )   ORDER TO UNSEAL ARREST AND SEARCH
14   aka Diocelina BUSTOS,       )   WARRANTS, CRIMINAL COMPLAINT, AND
     aka Diocelina PONCE,        )   SEARCH WARRANT APPLICATION
15   aka Josephina BUSTOS,       )
     aka Diocelina ABARCA,       )
16   aka Noemi GAONA,            )
     aka Dioselina BUSTOS, and   )
17                               )
   **Jose Salgado VALLADARES,**      )
18   aka Alejandro URIOSTEGUI-)
     Rodriguez,                  )
19   aka "GUERRERO,              )
                                 )
20                               )
             Defendants.         )
21 _____)
                                 )
22 In the Matter of the Search )
   of                            )
23                               )
   **(1)  1212 Smith Street,**       )
24 **Apartment A, Bakersfield, CA**)
                                 )
25 **(2)  1326 Isabell Road,**       )
   **Bakersfield, CA**               )
26 _____)

27

28     The United States of America has applied to this Court for an

                                 1

Order to unseal the Criminal Complaint, Arrest and Search Warrants, and Search Warrant Application. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-entitled proceedings shall be UNSEALED.

DATED: February 16, 2011

_____
JENNIFER THURSTON
U.S. Magistrate Judge

1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone:  (559) 497-4000

5

6

7

8
                 IN THE UNITED STATES DISTRICT COURT FOR THE
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,          )    Case Nos.
                                       )
12               Plaintiff,            )    5:11-mj-00006 JLT
              v.                       )    5:11-sw-00003 JLT
13                                     )
    **Diocelina Bustos ABARCA,**       )    GOVERNMENT'S APPLICATION TO
14     aka Diocelina BUSTOS,           )    UNSEAL CRIMINAL COMPLAINT,
       aka Diocelina PONCE,            )    SEARCH AND ARREST WARRANTS, AND
15     aka Josephina BUSTOS,           )    SEARCH WARRANT APPLICATION
       aka Diocelina ABARCA,           )
16     aka Noemi GAONA,                )
       aka Dioselina BUSTOS, and       )
17                                     )
                                       )
18  **Jose Salgado VALLADARES,**       )
       aka Alejandro URIOSTEGUI-       )
19     Rodriguez,                      )
       aka "GUERRERO,                  )
20                                     )
                 Defendants.           )
21  _____   )
                                       )
22  In the Matter of the Search of)
                                       )
23  **(1)   1212 Smith Street,**       )
    **Apartment A, Bakersfield, CA**   )
24                                     )
    **(2)   1326 Isabell Road,**       )
25  **Bakersfield, CA**                )
    _____   )
26

27       The United States of America hereby applies to this Court for

28                                     1

1 an Order to unseal the Criminal Complaint, Search and Arrest
2 Warrants, and Search Warrant Application, since the arrest warrants
3 for the above-named defendants and search warrants have been
4 executed.

5 DATED: February 16, 2011          Respectfully submitted.

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                   By: /s/ Karen A. Escobar
                                       KAREN A. ESCOBAR
                                       Assistant U.S. Attorney

2