```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    ) 1:11-CR-00093 OWW
                             )
            Plaintiff,       ) STIPULATION AND ORDER THEREON
                             ) FOR CONTINUANCE
       v.                    )
                             )
DIOCELINA BUSTOS ABARCA and  )
ALEJANDRO URIOSTEGUI-RODRIGUEZ)
                             )
            Defendants.      )
_____)
```

Defendants DIOCELINA BUSTOS ABARCA and ALEJANDRO URIOSTEGUI-RODRIGUEZ, by and through their attorneys, PETER M. JONES, and BARBARA O'NEILL, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that Status Conference set for May 9, 2011, be continued to June 27, 2011 at 9:00 a.m. due to the unavailability of counsel for the government, who is on medical leave following knee replacement surgery.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein

for effective defense preparation and review of extensive discovery materials, plea negotiations, availability of counsel, and the filing of motions, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: May 4, 2011               Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                          By:    /s/ Karen A. Escobar
                                 KAREN A. ESCOBAR
                                 Assistant U.S. Attorney

Dated: May 4, 2011               /s/ Peter M. Jones
                                 PETER M. JONES
                                 Attorney for Defendant
                                 DIOCELINA BUSTOS ABARCA

                                 /s/ Barbara O'Neill
                                 BARBARA O'NEILL
                                 Attorney for Defendant
                                 ALEJANDRO URIOSTEGUI-RODRIGUEZ

**O R D E R**

IT IS THE ORDER OF THE COURT THAT the status conference currently set in this matter for May 9 at 9:00 a.m., shall be continued to June 27, 2011, at 9:00 a.m.

THE COURT FURTHER FINDS based on the reasons articulated by the parties that the continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act and the intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

///

IT IS SO ORDERED.

**Dated:   May 5, 2011**                              /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE