```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09CR0339 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND |
| | ) | ORDER |
| MIGUEL GOMEZ-GOMEZ and | ) | |
| DIOCELINA BUSTOS ABARCA, | ) | |
| | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | 1:11-CR-0093 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIOCELINA BUSTOS ABARCA and | ) | |
| ALEJANDRO URIOSTEGUI-RODRIGUEZ, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants in the above-captioned matters, by and through their respective attorneys, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States

1

1  Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney,
2  hereby enter into the following stipulation:
3      1.  The parties to the above-captioned matters agree to
4  vacate the March 5, 2012, status conference and reset the matter
5  for March 12, 2012, at 8:30 a.m.
6      2.  The parties stipulate that the continuance is
7  necessitated by the parties need to conduct further investigation,
8  continue plea negotiations and effectively communicate the
9  government's plea offers to defendants, who are housed at Lerdo.
10     3.  The parties stipulate that time is excludable under the
11 Speedy Trial Act and that the ends of justice served by granting
12 the requested continuance outweigh the best interests of the
13 public and the defendant in a speedy trial, in that the failure
14 to grant the continuance would deny the parties' sufficient
15 opportunity to conduct further investigation and/or resolve the
16 matter.

17  DATED: February 29, 2012              Respectfully submitted,

18                                        BENJAMIN B. WAGNER
                                          United States Attorney
19
                                          By: /s/ Karen A. Escobar
20                                            KAREN A. ESCOBAR
                                          Assistant U.S. Attorney
21
                                          /s/ James Homola
22                                        JAMES HOMOLA
                                          Attorney for Defendant
23                                        Miguel Gomez-Gomez

24                                        /s/ Peter Jones
                                          PETER JONES
25                                        Attorney for Defendant
                                          Diocelina Bustos Abarca
26
                                          /s/ Barbara O'Neill
27                                        BARBARA O'NEILL
                                          Attorney for Defendant
28                                        Alejandro Uriostegui-

2

Rodriguez

<u>O R D E R</u>

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of March 5, 2012, is hereby vacated and is reset for March 12, 2012, at 8:30 a.m.

IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

IT IS SO ORDERED.

**Dated:   February 29, 2012**             /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE