```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09CR0339 LJO |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND |
| | ) | ORDER |
| MIGUEL GOMEZ-GOMEZ and | ) | |
| DIOCELINA BUSTOS ABARCA, | ) | |
| | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | 1:11-CR-0093 LJO |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| DIOCELINA BUSTOS ABARCA and | ) | |
| ALEJANDRO URIOSTEGUI-RODRIGUEZ, | ) | |
| Defendants. | ) | |

Defendants in the above-captioned matters, by and through their respective attorneys, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States

1

Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matters agree to vacate the March 12, 2012, status conference and reset the matter for June 4, 2012, at 8:30 a.m.

2.  The parties stipulate that the continuance is necessitated by the parties need to conduct further investigation (based, in part, in on new information communicated by one of the parties to the government on March 5, 2012) continue plea negotiations and effectively communicate the government's plea offers to defendants, who are housed at Lerdo.

3.  The parties stipulate that time is excludable under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

DATED: March 7, 2012                     Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Karen A. Escobar
                                           KAREN A. ESCOBAR
                                           Assistant U.S. Attorney

                                         /s/ James Homola
                                         JAMES HOMOLA
                                         Attorney for Defendant
                                         Miguel Gomez-Gomez

                                         /s/ Peter Jones
                                         PETER JONES
                                         Attorney for Defendant
                                         Diocelina Bustos Abarca

/s/ Barbara O'Neill
BARBARA O'NEILL
Attorney for Defendant
Alejandro Uriostegui-Rodriguez

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of March 12, 2012, is hereby vacated and is reset for June 4, 2012, at 8:30 a.m.

IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

IT IS SO ORDERED.

**Dated:   March 8, 2012**                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE