AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:11-cr-00093-LJO   Document 87   Filed 06/26/15   Page 1 of 1

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DIOCELINA BUSTOS ABARCA | ) Case No: 1:11-CR-00093-001 LJO |
| | ) USM No: 65750-097 |
| Date of Original Judgment: 04/18/2013 | ) |
| Date of Previous Amended Judgment: | ) David Porter |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   69 months   months **is reduced to**   56 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   04/18/2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   06/26/2016                                  /s/ Lawrence J. O'Neill
                                                          *Judge's signature*

Effective Date:   11/01/2015                              Honorable Lawrence J. O'Neill
*(if different from order date)*                          *Printed name and title*